```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16315
    FLETCHER MILLER JR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-7144

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/11/2006 and was confirmed 04/11/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was dismissed after confirmation 11/28/2007.
-------------------------------------------------------------------------------
                                                      INTEREST        PRINCIPAL
  CREDITOR NAME             CLASS         CLAIM AMOUNT    PAID             PAID
-------------------------------------------------------------------------------
  CHASE HOME FINANCE LLC    CURRENT MORTG       .00           .00             .00
  FORD MOTOR CREDIT CORPOR  SECURED NOT I NOT FILED           .00             .00
  FORD MOTOR CREDIT CORPOR  NOTICE ONLY   NOT FILED           .00             .00
  DEPENDON COLLECTION SE    UNSECURED     NOT FILED           .00             .00
  HARRIS                    UNSECURED     NOT FILED           .00             .00
  ILLINOIS COLLECTION SERV  UNSECURED     NOT FILED           .00             .00
  ILLINOIS COLLECTION SERV  UNSECURED     NOT FILED           .00             .00
  ILLINOIS COLLECTION SERV  UNSECURED     NOT FILED           .00             .00
  MEDICAL COLLECTIONS SYS   UNSECURED     NOT FILED           .00             .00
  MUTUAL HOSPITAL           UNSECURED       1149.79           .00             .00
  MUTUAL HOSPITAL COLLECTI  UNSECURED     NOT FILED           .00             .00
  NICOR GAS                 UNSECURED       2920.40           .00             .00
  WEST SUBURBAN BANK        UNSECURED     NOT FILED           .00             .00
  CHASE HOME FINANCE LLC    MORTGAGE ARRE    483.50           .00          483.50
  LASALLE BANK NATIONAL     NOTICE ONLY   NOT FILED           .00             .00
  MIDWEST PHYSICIANS GROUP  UNSECURED        845.30           .00             .00
  CITIFINANCIAL SERVICES    UNSECURED       1947.64           .00             .00
  NICOR GAS                 SECURED NOT I   3377.18           .00             .00
  ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,464.00                      2,464.00
  TOM VAUGHN                TRUSTEE                                        202.50
  DEBTOR REFUND             REFUND                                       2,250.00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
  TRUSTEE             5,400.00

  PRIORITY                                      .00
  SECURED                                    483.50
  UNSECURED                                     .00
  ADMINISTRATIVE                           2,464.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 16315 FLETCHER MILLER JR
```

```
TRUSTEE COMPENSATION                                              202.50
DEBTOR REFUND                                                   2,250.00
                                   ----------------      ----------------
TOTALS                                     5,400.00              5,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 06 B 16315 FLETCHER MILLER JR